1  DOUGLAS A. SCULLION (Bar No. 215339)
   doug.scullion@dentons.com
2  ANNA SHIRAN (Bar No. 260911)
   anna.shiran@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, California  94105-2708
   Telephone:    (415) 882-5000
5  Facsimile:    (415) 882-0300

6  Attorneys for Defendant
   THE LINCOLN NATIONAL LIFE INSURANCE
7  COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDORICIA GOOLSBY-PETE,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:14-cv-03216-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[Civil Local Rule 6-1(a)]**<br><br>Complaint Filed:    7-16-2014<br>Amended Complaint Filed:  10-16-2014 |

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between plaintiff ANDORICIA GOOLSBY-PETE ("Plaintiff") and defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, as follows:

1.  Plaintiff filed her original Complaint on July 16, 2014.

2.  The Parties entered into a Stipulation to extend the time for Defendant to answer or otherwise respond to the Complaint and for Plaintiff to file a First Amended Complaint on September 9, 2014.  (Dkt. No. 9.)

1    3.  Plaintiff filed a First Amended Complaint on October 16, 2014 and the deadline
2    for Defendant to answer or otherwise respond to the First Amended Complaint is October 30,
3    2014.

4    4.  The Parties hereby agree and stipulate that Defendant may have an extension to
5    and including November 7, 2014 to answer or otherwise respond to the First Amended
6    Complaint.

7    5.  This extension of time to respond to the First Amended Complaint does not alter
8    the date of any event or any deadline already fixed by Court Order.

9    IT IS SO STIPULATED.

10   Dated: October 30, 2014                    DENTONS US LLP

12                                              By:   /s/ Douglas A. Scullion
13                                                    Douglas A. Scullion
                                                      Anna Shiran

14                                              Attorneys for Defendant
                                                THE LINCOLN NATIONAL LIFE
15                                              INSURANCE COMPANY

16   Dated: October 30, 2014                    SPRINGER & ROBERTS LLP

18                                              By:   /s/ Michelle L. Roberts
19                                                    MICHELLE L. ROBERTS

20                                              Attorneys for Plaintiff
                                                ANDORICIA GOOLSBY-PETE

22   IT IS SO ORDERED:
23   _____
     Edward M. Chen
24   U.S. District Judge



- 2 -                                   STIPULATION TO EXTEND TIME
                                        CASE NO. 3:14-CV-03216-EMC

**ATTESTATION OF E-FILED SIGNATURE**

I, Douglas A. Scullion, am the ECF User whose identification and password are being used to file the foregoing STIPULATION TO EXTEND TIME.  In compliance with Local Rule 5-1, I hereby attest that Michelle Roberts has concurred in this filing.

Dated:  October 30, 2014                    /s/ Douglas A. Scullion
                                            DOUGLAS A. SCULLION

83281396