DOUGLAS A. SCULLION (Bar No. 215339)
doug.scullion@dentons.com
ANNA SHIRAN (Bar No. 260911)
anna.shiran@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDORICIA GOOLSBY-PETE,<br><br>          Plaintiff,<br><br>     v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:14-cv-03216-EMC<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed: 7-16-2014<br>Amended Complaint filed: 10-16-2014 |

   PLEASE TAKE NOTICE THAT Plaintiff Andoricia Goolsby-Pete and Defendant The Lincoln National Life Insurance Company have reached a resolution of all outstanding claims in the above-referenced case. The parties expect to file a request for dismissal not more than 45 days from the date of this notice.

Dated: November 20, 2014                    DENTONS US LLP


                                            By:   /s/Douglas A. Scullion
                                                  Douglas A. Scullion
                                                  Anna Shiran

                                            Attorneys for Defendant
                                            THE LINCOLN NATIONAL LIFE
                                            INSURANCE COMPANY


Dated: November 20, 2014                    SPRINGER & ROBERTS LLP


                                            By:   /s/ Michelle L. Roberts
                                                  Michelle L. Roberts

                                            Attorneys for Plaintiff
                                            ANDORICIA GOOLSBY-PETE


IT IS SO ORDERED that the case management conference is reset from 12/11/14 to 2/26/15 at 9:30 a.m. A joint CMC statement shall be filed by 2/19/15. This CMC will be vacated once the stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

83399337

- 2 -
NOTICE OF SETTLEMENT
CASE NO: 3:14-cv-03216-EMC