MICHELLE L. ROBERTS (Bar No. 239092)
 Email: michelle@ssrlawgroup.com
CASSIE SPRINGER AYENI (Bar No. 221506)
 Email: cassie@ssrlawgroup.com
SPRINGER & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel:  (510) 992-6130
Fax:  (510) 280-7564

Attorneys for Plaintiff
ANDORICIA GOOLSBY


DOUGLAS A. SCULLION (Bar No. 215339)
doug.scullion@dentons.com
ANNA SHIRAN (Bar No. 260911)
anna.shiran@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDORICIA GOOSLBY-PETE ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> LINCOLN NATIONAL LIFE INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case Number: C 14-03216-EMC <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

It is hereby stipulated by and between plaintiff ANDORICIA GOOLSBY-PETE and

defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Attorneys' fees and costs have been settled between the parties.

**IT IS SO STIPULATED.**

Dated: December 9, 2014         /s/ *Michelle L. Roberts*
                                Counsel for plaintiff

Dated: December 9, 2014         */s/Douglas A. Scullion*
                                Counsel for defendant

### SIGNATURE ATTESTATION

I, Michelle L. Roberts hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: December 9, 2014    By:    /s/ *Michelle L. Roberts*
                                  MICHELLE L. ROBERTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 9, 2014

HONOR...
UNITED S...

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA